JS-6

BOBBIE R. BAILY, SBN: 159663
bbailey@leaderberkon.com
EDWARD MARTINOVICH, SBN: 237844
emartinovich@leaderberkon.com
LEADER BERKON COLAO &
SILVERSTEIN LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 234-1750
Facsimile:  (213) 234-1747

*Attorney for Plaintiff*
**BASF CORPORATION**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>D5 ENTERPRISE, INC. d/b/a D5 COLLISION,<br><br>Defendant. | Case No. CV 21-7427-GW-RAOx<br><br>**JUDGMENT BASF v. D5 ENTERPRISES INC. D/B/A D5 COLLISION** |

## JUDGMENT

The Court, having considered Plaintiff BASF Corporation's motion for entry of default judgment, and with good cause appearing, enters judgment against defendant D5 Enterprises Inc. d/b/a D5 Collision in the amount of $82,500.00, for

**[PROPOSED] JUDGMENT BASF v. D5 ENTERPRISES INC. D/B/A D5 COLLISION**

the Contract Fulfillment Consideration, $547,483.70, in expectation damages, $31,000.00 for the value of the Loaned Equipment, and $573.00 in costs, for a total judgment of $661,556.70.

Dated: March 28, 2022

By: /s/ George H. Wu
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

**[PROPOSED] JUDGMENT BASF v. D5 ENTERPRISES INC. D/B/A D5 COLLISION**